IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO.: 2:18-cr-00021-KS-MTP

BRANTLEY PAUL NICHOLS, D.M.D.

ORDER

The joint motion for presentence payment toward restitution is granted. Pursuant to 18 U.S.C. §§ 3663A-3664, the United States Government and the United States Probation Office submit that restitution in the amount of $696,026.00 is owed to the victim.

The Defendant Brantley Paul Nichols is ordered to submit payment by cashier's check or money order payable to the Clerk of the Court with case number 2:18-cr-00021-KS-MTP noted on each payment mailed to: Clerk, U.S. District Court, 501 E. Court St., Suite 2.500, Jackson, Mississippi 39201.

Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of the defendant until time of sentencing. Further, pursuant to 28 U.S.C. § 2042, upon the entry of a criminal judgment, the Clerk of Court is to withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant.

SO ORDERED.

April 16, 2019.

    s/Keith Starrett
HONORABLE KEITH STARRETT
UNITED STATES DISTRICT JUDGE