IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO. 2:18-cr-00021-KS-MTP

BRANTLEY PAUL NICHOLS, D.M.D.

### ORDER DELAYING REPORT DATE INTO THE BUREAU OF PRISONS

THIS CAUSE IS BEFORE THE COURT on Motion [62] for delayed entry into Bureau of Prisons or in the alternative home confinement. The Court has considered the Motion and finds that the Motion should be GRANTED IN PART AND DENIED IN PART. The Court finds that the report date for Nichols shall be sixty (60) days or more from the date of this Order. The Bureau of Prisons is to set the report date at least sixty (60) days from today.

All other terms and conditions of the sentencing Order and Judgment of this Court shall remain in full force and effect. It also should be noted that document [61] which is a Motion similar to the one being acted on today is MOOT and for case management purposes should be DISMISSED AS MOOT.

SO ORDERED this the   24th    day of August, 2020.

　　　　　　　　　　　　　　　　　　　   s/Keith Starrett
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE