IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                  CRIMINAL NO. 2:18cr21-KS-MTP

BRANTLEY PAUL NICHOLS, D.M.D.

### ORDER OF FORFEITURE

On August 25, 2020, the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Mississippi, and Defendant Brantley Paul Nichols, D.M.D., by and through his counsel, stipulated and agreed to the entry of an order for a money judgment in the amount of $75,000.00 against the Defendant.

IT IS HEREBY ORDERED THAT:

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against Defendant Brantley Paul Nichols, D.M.D in the amount of $75,000.00.  All funds shall be paid within 6 months of this order and will be applied toward such judgment and is to be forfeited to the United States of America and disposed of as provided for by law.

SO ORDER AND ADJUDGED this  31st    day of August, 2020.


   s/Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE