IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-cr-00021-KS-MTP

BRANTLEY PAUL NICHOLS, D.M.D.

ORDER

THIS CAUSE IS BEFORE THE COURT on "Motions for Additional Short, Delayed Entry Into Bureau of Prisons [66] and [67]. The Court has reviewed the motions, as well as the exhibits and finds that a short delay in Defendant's entry into the Bureau of Prisons is indicated. Therefore, the Court finds that the Bureau of Prisons is hereby directed to extend the entry date of Defendant into custody of the Bureau of Prisons by at least thirty-five (35) days from the date of this Order. The Bureau of Prisons should designate the modified date and notify the Defendant and the Marshal Service of same.

SO ORDERED this the __14th__ day of October, 2020.


____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE